IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02397-WDM-MEH

HAROLD ALLEN,

      Plaintiff,

v.

NATIONAL CITY BANK OF PENNSYLVANIA,
JEANNIE REESE, in her personal capacity, and
JEANNIE REESE, in her official capacity,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, June 27, 2007.**

      Plaintiff's Motion for Leave to Terminate Counsel [Filed June 25, 2007; Docket #50] is **granted**. Mr. Cole's representation of Plaintiff is hereby **terminated**.

      In addition, because Plaintiff states that he objects to the Plaintiff's Motion to Withdraw Complaint and/or Dismiss Case, filed on his behalf by Mr. Cole on June 22, 2007, Plaintiff should a file a Motion to Withdraw that motion.