IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02397-WDM-MEH

HAROLD ALLEN,

    Plaintiff,

v.

NATIONAL CITY BANK OF PENNSYLVANIA,
JEANNIE REESE, in her personal capacity, and
JEANNIE REESE, in her official capacity,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, July 10, 2007.**

    Plaintiff's Motion to Withdraw Document [Filed July 6, 2007; Docket #53] is **granted**. Plaintiff's Motion(s) to Withdraw Complaint and/or Dismiss Case [Filed June 22, 2007; Docket #47] is **terminated**.